

# United States District Court
# Eastern District of California

Mario Ernesto RIVERA AGUILAR

Plaintiff(s)

V.

Tanya Andrews, Warden, Golden State Annex

Defendant(s)

Case Number: _____

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Marti L. Jones _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mario Ernesto Rivera Aguilar

On ____ 10/10/1990 ____ (date), I was admitted to practice and presently in good standing in the UT State Bar, UT Supreme, USDC UT District (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

De Niz Mendez, et al. v. Chestnut, et al., 1:26-cv-02404-JLT-SAB-HC, applied on 03/27/2026, application pending.

Date: ____ 04/16/2026 ____     Signature of Applicant: /s/ Marti L. Jones _____

**Pro Hac Vice Attorney**

Applicant's Name: Marti L. Jones

Law Firm Name: STOWELL CRAYK, PLLC

Address: 4252 S. 700 E.

City: Millcreek        State: UT    Zip: 84107

Phone Number w/Area Code: (385) 528-1038

City and State of Residence: Millcreek, UT

Primary E-mail Address: marti@lawscb.com

Secondary E-mail Address: rebecca@lawscb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: PARKINSON BENSON POTTER (PBP LAW)

Address: 100 Pine Street

Suite 1250

City: San Francisco        State: CA    Zip: 230150

Phone Number w/Area Code: (415) 534-7970        Bar # 230150

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 1, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE