UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ERNESTO RIVERA AGUILAR,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>Respondents. | No.  1:26-cv-03028-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 1, 11) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 26, 2026, the assigned magistrate judge issued findings and recommendations recommending petitioner's immediate release from custody.  (Doc. No. 11.)  Specifically, the magistrate judge concluded that petitioner can only be detained pursuant to 8 U.S.C. § 1226(a) and that immediate release is appropriate because respondents failed to offer a lawful justification for petitioner's detention.  (*Id.* at 3–6.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 7.) On June 1, 2026, respondents filed objections to the findings and recommendations.  (Doc. No. 12.)  Therein, respondents argue only that petitioner is an "applicant for admission" subject to

1

mandatory detention pursuant to 8 U.S.C. § 1225(b) because he entered the United States illegally. (*Id.* at 1.) The magistrate judge correctly rejected this position in the findings and recommendations, as has the undersigned in various orders. (Doc. No. 11 at 4–5.) Accordingly, respondents' objection does not serve as basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations filed on May 26, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2.  The petition for writ of habeas corpus, (Doc. No. 1), is GRANTED as follows:

    a.  Respondents are ORDERED to immediately release petitioner Mario Ernesto Rivera Aguilar, A-File No. 221-468-402, from respondents' custody;

    b.  Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a pre-deprivation bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);

3.  The Clerk of Court is directed to serve the Golden State Annex Detention Facility with a copy of this order; and

4.  The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                        _____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

2